TONY TAMBURELLO, SBN: 46037
LAW OFFICE OF TONY TAMBURELLO
214 Duboce Avenue
San Francisco, California 94103
Telephone:(415) 431-4500
Facsimile:(415) 255-8631
E-mail:   ttduboce@mindspring.com

Attorney for Defendant
**DEMETRIZ ANTOINE LEWIS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The People of the State of California, ) ) ) Plaintiff, ) ) v. ) ) **DEMETRIZ ANTOINE LEWIS** ) ) Defendant. ) ) ) | Case No. CR-06-00189 SBA<br><br>**[PROPOSED] ORDER SEALING DECLARATION OF COUNSEL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL** |

Good cause appearing therefore, it is hereby ordered that the declaration of counsel and memorandum of points and authorities in support of Demetriz Antoine Lewis's motion to substitute counsel be sealed under further order of the court.

Dated: December ~~XX~~ 18, 2006

_____
HON. SAUNDRA BROWN ARMSTRONG

1